**Closed**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CLARK, an individual; SAMMY WILLIAMS, an individual; RON DENNIS, an individual; JAMIE TORCELLINI, an individual; FERN FITZGERALD, an individual; HECTOR MERCADO, an individual and on behalf of those similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, ALF-CIO; CHRISTOPHER A. COHEN PRODUCTIONS LLP dba BROADWAY'S LOST TREASURES; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV 07-7112-JFW (SHx)<br><br>Assigned to the Hon. John F. Walter<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's Order dated March 19, 2008 granting the motions to dismiss of defendant American Federation of Television and Radio Artists ("AFTRA") and of defendant Christopher A. Cohen Productions LLC ("CAC")

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Plaintiffs shall take nothing from AFTRA and CAC on plaintiffs' complaint and judgment is entered in favor of AFTRA and CAC.

IT IS SO ORDERED:

March 24, 2008

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1